UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELEZEBETH PRENTICE,<br><br>           Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.;<br>TransUnion, LLC; The Golden 1 Credit Union,<br><br>           Defendants. | Case No. 2:23-cv-00025-TLN-KJN<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING PARTIES'<br>STIPULATION FOR EXTENSION OF<br>DISCOVERY DEADLINES**<br><br>Complaint filed:  January 6, 2023 |

Upon consideration of the Parties' Stipulation for Extension of Discovery and Motion Deadlines, the Court hereby **ORDERS** that the current deadlines shall be extended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | From October 26, 2023 to January 2, 2024 |
| Expert Disclosure (Initial): | From December 22, 2023 to January 30, 2024 |
| Expert Disclosure (Rebuttal): | From January 19, 2024 to February 27, 2024 |
| Expert Discovery Cut-Off: | From March 22, 2024 to March 26, 2024 |

1  **IT IS SO ORDERED.**

3  Dated: October 20, 2023

Troy L. Nunley
United States District Judge